315 A.2d 62.

ETTORE C. PICERNE *vs.* ROLAND P. SYLVESTRE *et al.*

FEBRUARY 5, 1974.

PRESENT: Paolino, Joslin, Kelleher and Doris, JJ.

PER CURIAM. The judgment of the Superior Court is affirmed by an equally divided Court.

Motion to reargue granted.

Roberts, C. J. took no part in the consideration or decision of this case or the motion to reargue.

*George Ajootian,* for plaintiff-appellee.

*James Farrell McAleer,* for defendants-appellants.